LAW OFFICE OF GRANT INGRAM
Grant Ingram, Oregon State Bar 112718
106 Point Lobos Avenue
San Francisco, CA 94121
415-742-0369
grantingramlaw@sonic.net
*Attorney for Plaintiff*

ROY LAW GROUP
Chris Roy, Oregon State Bar 031777
1000 S.W. Broadway, Suite 900
Portland, OR 97205
PH: 503.206.4313
chris@roylawgroup.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
AT PORTLAND

| | |
|---|---|
| LAURA ESTEY,<br><br>              Plaintiff,<br><br>      v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>              Defendant. | No.<br><br>COMPLAINT FOR BREACH OF EMPLOYEE WELFARE BENEFIT PLAN:<br><br>1.  RECOVERY OF BENEFITS UNDER E.R.I.S.A. 29 U.S.C. § 1132(a)(1)(B) |

COMES NOW Plaintiff, LAURA ESTEY, with a complaint for unpaid short

term disability benefits and long-term disability benefits, and alleges against

COMPLAINT

**ROY LAW GROUP**
1000 SW Broadway, #900
Portland, OR 97205
TEL  503-206-4313
FAX 855-344-1726
www.roylawgroup.com

Defendant, HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, as follows:

## JURISDICTION

1.     Plaintiff brings this action for monetary and equitable relief pursuant to §§ 502(a)(1) and 502(a)(3) of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1132(a)(1) and 1132(a)(3). This Court has subject matter jurisdiction over Plaintiff's claims pursuant to ERISA §§ 502(e) and (f), 29 U.S.C. §§ 1132(e) and (f), and 28 U.S.C. § 1331.

## VENUE

2.     Venue is proper in this district court pursuant to ERISA, 29 U.S.C. § 1132(e)(2), and pursuant to 28 U.S.C. § 1391.

## PARTIES

3.     Plaintiff is a resident of Milwaukie, Oregon.

4.     At all times material herein, Plaintiff has been a participant and beneficiary under Plans for short term disability benefits ("STD Plan") and long-term disability benefits ("LTD Plan") which were established, sponsored, and administered by her former employer Blount International, Inc. ("BLOUNT INTERNATIONAL").

5.     The STD Plan and LTD Plan are employee welfare benefit plans as defined by ERISA.

COMPLAINT

**ROY LAW GROUP**
1000 SW Broadway, #900
Portland, OR 97205
TEL  503-206-4313
FAX 855-344-1726
www.roylawgroup.com

6.     The STD Plan and the LTD Plan were both fully insured by Defendant, who is wholly responsible for any judgment Plaintiff may obtain through the action.

7.     At all times material herein, Defendant was the claims administrator of the STD Plan and the LTD Plan, within the meaning of ERISA, 29 U.S.C. § 1002(16)(A).

8.     BLOUNT INTERNATIONAL delegated sole discretion to make disability determinations under the STD Plan and the LTD Plan to Defendant.

## FACTS

9.     Around September 14, 2020, Plaintiff became disabled and unable to work her regular occupation as a Punch Press Operator ("occupation") due to a range of conditions, including but not limited to fibromyalgia, Chronic Pain Syndrome, Lumbosacral spondylosis, and cervical spondylosis.

10.     Around October 1, 2020, despite evidence that Plaintiff was unable to perform the substantial and material duties of her occupation with reasonable continuity due to her conditions, Plaintiff's STD claim was denied by Defendant.

11.     Around March 26, 2021, Defendant upheld its denial of Plaintiff's STD claim on appeal.

12.     Around October 15, 2021, despite evidence that Plaintiff continued to remain unable to perform the substantial and material duties of her occupation

COMPLAINT

**ROY LAW GROUP**
1000 SW Broadway, #900
Portland, OR 97205
TEL  503-206-4313
FAX 855-344-1726
www.roylawgroup.com

with reasonable continuity due to her conditions, Plaintiff's LTD claim was denied by Defendant.

13.    Around February 9, 2023, Defendant upheld its denial of Plaintiff's LTD claim on appeal.

14.    Plaintiff has complied with all contractual requirements of the STD Plan and the LTD Plan, including but not limited to the exhaustion of her administrative remedies and submission of sufficient proof of her ongoing medical condition and disability under the applicable Plans.

15.    The wrongful denials of Plaintiff's STD and LTD claims were and still are violations of ERISA, 29 U.S.C. § 1132(a)(1)(B).

16.    As a direct and proximate result of Defendant's wrongful denial of Plaintiff's STD and LTD benefits, Plaintiff has been damaged in the amount of each unpaid monthly benefit payment from September 21, 2020 through the date of judgment.

17.    As a direct and proximate result of Defendant's wrongful denial of STD and LTD benefits, Plaintiff is entitled to recover prejudgment interest, which is accruing on each unpaid monthly benefit payment from September 21, 2020 through the date of judgment.

18.    As a direct and proximate result of Defendant's denial of LTD benefits, pursuant to 29 U.S.C. § 1132(a)(1)(B), Plaintiff may and does seek clarification of her rights to future LTD benefits and a declaration that absent any

COMPLAINT

**ROY LAW GROUP**
1000 SW Broadway, #900
Portland, OR 97205
TEL  503-206-4313
FAX 855-344-1726
www.roylawgroup.com

material improvement in her medical condition she will be entitled to benefits through the maximum term of the LTD Plan.

19.  As a direct and proximate result of Defendant's wrongful denial of STD and LTD benefits, Plaintiff has incurred attorney fees and costs that are recoverable pursuant to ERISA, 29 U.S.C. § 1132(g)(1).

## FIRST CLAIM FOR RELIEF
### [Claim for Benefits Pursuant to ERISA § 502(a)(1)(B), 29 U.S.C. § 1132(a)(1)(B) Against Defendant]

20.  Plaintiff incorporates Paragraphs 1 through 19 as though fully set forth herein.

21.  Pursuant to 29 U.S.C. § 1132(a)(1)(B), Plaintiff seeks to recover from Defendant all unpaid STD and LTD benefits through the date of judgment, pursuant to the terms of the respective short-term disability and long-term disability policies and related Plan documents. Plaintiff further seeks reinstatement of her LTD benefits pursuant to the terms of the LTD Plan from the date of judgment until Plaintiff reaches the age of 67 pursuant to ERISA § 29 U.S.C. § 1132(a)(1)(B), absent a material improvement in her medical conditions such that she would no longer qualify as disabled under the LTD Plan. Plaintiff seeks these remedies, prejudgment and post-judgment interest, and her costs and reasonable attorney fees pursuant to 29 U.S.C. § 1132(e)(1), (f), and (g).

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff prays for judgment against Defendant as follows:

A.  For all gross unpaid monthly STD benefit payments.

COMPLAINT

**ROY LAW GROUP**
1000 SW Broadway, #900
Portland, OR 97205
TEL  503-206-4313
FAX 855-344-1726
www.roylawgroup.com

B.    For all gross unpaid monthly LTD benefit payments through the date of judgment, pursuant to ERISA, 29 U.S.C. § 1132(a)(1)(B);

C.    For a declaration clarifying Plaintiff's rights under the LTD Plan, holding that absent a material improvement in her medical condition Plaintiff is entitled to receive her full monthly benefit under the LTD Plan for its remaining term;

D.    For Plaintiff's attorney fees and costs pursuant to ERISA, 29 U.S.C. § 1132(g)(1);

E.    For prejudgment and post-judgment interest; and

F.    For any further relief as the Court deems equitable or just.

DATED this 17th day of October 2023.

LAW OFFICE OF GRANT INGRAM

s/Grant Ingram
Grant Ingram, Oregon State Bar 112718
106 Point Lobos Avenue
San Francisco, CA 94121
415-742-0369
grantingramlaw@sonic.net
*Attorney for Plaintiff*

ROY LAW GROUP

s/Chris Roy
Chris Roy, Oregon State Bar 031777
1000 S.W. Broadway, Suite 900
Portland, OR 97205
PH: 503.206.4313
chris@roylawgroup.com
*Attorneys for Plaintiff*

COMPLAINT

**ROY LAW GROUP**
1000 SW Broadway, #900
Portland, OR 97205
TEL  503-206-4313
FAX 855-344-1726
www.roylawgroup.com